**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiff and the Proposed Class***

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA DEPHILLIPPIS, on behalf of herself, all others similarly situated, and the general public, | Case No. 3:18-cv-00404-BEN-MDD |
| Plaintiff, | **JOINT MOTION FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| LIVING ESSENTIALS, LLC, a Michigan Limited Liability Company; INNOVATION VENTURES, LLC, a Michigan Limited Liability Company, | Complaint filed:  February 22, 2018 |
| Defendants. | |

JOINT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Elisa DePhillippis ("Plaintiff") and Defendants Living Essentials, LLC and Innovation Ventures, LLC (collectively, "Defendants") hereby respectfully request dismissal of this entire action with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any proposed class members.

Following discovery, depositions, and the parties' disclosure of expert witnesses and reports, and in consultation with her counsel, Plaintiff has determined that she no longer wishes to pursue the claims alleged in her complaint or first amended complaint.  Defendants have agreed and hereby stipulate that Plaintiff may voluntarily dismiss her claims and that they will not seek any reimbursement from her for the costs and attorney's fees they have incurred in defending this action.

Because Plaintiff has not filed a motion for class certification and no class has been certified, class notice of Plaintiff's request for dismissal is not required under Federal Rule of Civil Procedure 23(e).  Nor is the Court required to hold any hearing on the requested dismissal.  See Fed. R. Civ. P. 23(e) (hearing required only if dismissal "would bind class members").

The Parties therefore respectfully request that the Court enter an order: (1) dismissing Plaintiff's individual claims with prejudice and (2) dismissing the claims of any proposed class members without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
JOINT MOTION FOR VOLUNTARY DISMISSAL
18cv00404

DATED:  June 20, 2019          Respectfully Submitted,

By ___ */s/ Ronald A. Marron* _____
    RONALD A. MARRON

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Counsel for Plaintiff and the Proposed Class*

DATED:  June 20, 2019          Respectfully Submitted,

By ___ */s/ David S. Harris* _____
    DAVID S. HARRIS

**HAWXHURST HARRIS LLP**
GERALD E. HAWXHURST
*jerry@hawxhurstllp.com*
DAVID S. HARRIS
*david@hawhurstllp.com*
PATRICK B. NICHOLS
*pat@hawxhurstllp.com*
11111 Santa Monica Blvd., Suite 620
Los Angeles, California 90025
Telephone: (310) 893-5150
Facsimile: (310) 893-5195
*Counsel for Defendants*

## ELECTRONIC SIGNATURE CERTIFICATION

I, Ronald A. Marron, hereby certify that I have obtained the permission of David S. Harris, counsel for Defendants, to affix his electronic signature to this document and to file it with the Court.

*/s/ Ronald A. Marron*
RONALD A. MARRON

JOINT MOTION FOR VOLUNTARY DISMISSAL
18cv00404