FILED

JUL 0 1 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA DEPHILLIPPIS,<br><br>Plaintiff,<br><br>v.<br><br>LIVING ESSENTIALS, LLC, et al.,<br><br>Defendant. | Case No.: 3:18-cv-0404-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS ACTION**<br>**[Doc. 33]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly move to dismiss Plaintiff's individual claims with prejudice and the claims of any class members without prejudice. The Motion is hereby **GRANTED**. Each party shall bear its own costs, expenses, and fees.[1]

**IT IS SO ORDERED.**

Date: June 3Ơ, 2019

_____
HON. ROGER T. BENITEZ
United States District Judge

---

[1] The joint motion for voluntary dismissal previously filed, [Doc. 32], which did not contain the signatures of "all parties who ha[d] appeared," is DENIED as moot. Fed. R. Civ. P. 41(a)(1)(A)(ii).

1